**MEMO ENDORSED**

Joseph Turco Esq.
65 Oriental Blvd.
Brooklyn NY11235
(347)854-7602
jatlaw1963@gmail.com

April 11, 2022

Hon. Kenneth M. Karas
SDNY, White Plains
300 Quarropas St.
White Plains, NY 10601

Re:  Al Monte Vargas v City of Peekskill  20CV10143
     Request to Extend Time For Opposition and Reply

Your Honor:

On behalf of Plaintiff, I respectfully request a short extension for filing the MSJ Opposition Brief from today, May 11, 2022 to Thursday, May 14, 2022.

The defense has consented, asking only that it's Reply time be extended to Monday, May 9, 2022.

Thank you for your consideration.

Both requests are granted.

So Ordered.
4/11/22

Respectfully submitted,

_____
Joseph Turco. Esq.

Cc: file
    J Field