**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERLIN A. ALMONTE VARGAS,

                Plaintiff,

  -against-                                           20 **CIVIL** 10143 (KMK)

                                                                   **<u>JUDGMENT</u>**

CITY OF PEEKSKILL,
DAVID RAMBO, and CORNELL HAMMONDS,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 27, 2023, Defendant's Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      March 28, 2023

                                                        **RUBY J. KRAJICK**

                                                    _____
                                                      **Clerk of Court**

                              **BY:**    _K. Mango_____

                                                      **Deputy Clerk**